UNITED STATES DISTRICT COURT

| EASTERN | **District of** | CALIFORNIA |

Plaintiff

STEPHANIE LOCKHART

V.

COMMISSIONER of SOCIAL SECURITY,
Defendant

**ORDER ON APPLICATION**

**TO PROCEED WITHOUT**

**PREPAYMENT OF FEES**

CASE NUMBER:   1:14-CV-121 BAM

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

✘ GRANTED.

  ✘ The clerk is directed to file the complaint.

  ✘ IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

ENTER this   12th   day of   February  ,   2014  .

/s/ *Barbara A. McAuliffe*
BARBARA A. McAULIFFE, U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer