JACQUELINE A. FORSLUND
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707

Telephone: 541-419-0074
Email: jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE RENEE LOCKHART,   )<br>                             )<br>     Plaintiff,              )<br>                             )<br>                             )<br>                             )<br>v.                           )<br>                             )<br>CAROLYN W. COLVIN,           )<br>Commissioner of Social Security,  )<br>                             )<br>     Defendant,              )<br>                             )<br>_____ ) | Case No. 1:14-cv-00121-BAM<br><br>**STIPULATION AND**<br>**ORDER FOR EXTENSION OF TIME**<br>**TO FILE OPENING BRIEF** |

        IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 45 days to November 13, 2014, for filing of the Opening Brief, in accordance with the Court's Scheduling Order.  The 45-day extension is requested because Plaintiff's counsel has been notified that Plaintiff passed away.  Counsel has identified a substitute party but it has not yet been confirmed whether the substitute party will proceed or whether Plaintiff's counsel will represent the substitute party.

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date:  September 26, 2014　　　　　　　　JACQUELINE A. FORSLUND
　　　　　　　　　　　　　　　　　　　　Attorney at Law


　　　　　　　　　　　　　　　　　　　　*/s/Jacqueline A. Forslund*
　　　　　　　　　　　　　　　　　　　　JACQUELINE A. FORSLUND

　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff


Date:  September 26, 2014　　　　　　　　BENJAMIN J. WAGNER
　　　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　　　DONNA L. CALVERT
　　　　　　　　　　　　　　　　　　　　Acting Regional Chief Counsel, Region IX
　　　　　　　　　　　　　　　　　　　　Social Security Administration


　　　　　　　　　　　　　　　　　　　　*/s/*Michael Marriott*
　　　　　　　　　　　　　　　　　　　　MICHAEL MARRIOTT
　　　　　　　　　　　　　　　　　　　　Special Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　*By email authorization

　　　　　　　　　　　　　　　　　　　　Attorney for Defendant


　　　　　　　　　　　　　　　　　　　　ORDER

IT IS SO ORDERED.

　　Dated:  **September 29, 2014**　　　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE