UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE LOCKHART,<br><br>        Plaintiff,<br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security.<br><br>        Defendant. | Case No.: 1:14-cv-0121-BAM<br><br>ORDER SUBSTITUTING PLAINTIFF AND EXTENDING BRIEFING SCHEDULE |

Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY ORDERED, that Dorothy Jean Lockhart is substituted as Plaintiff in the above-referenced case. Fed. R. Civ. P. 25(a). Plaintiff Dorothy Lean Lockhart shall have an extension of time, to and including December 10, 2014, in which to file Plaintiff's Opening Brief. All other deadlines set forth in the February 2, 2014 Case Management Order are modified accordingly.

IT IS SO ORDERED.

Dated:   **November 10, 2014**        /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE

-1-