JACQUELINE A. FORSLUND   CSBN 154575
Dellert Baird Law Offices, PLLC
P.O. Box 3757
Silverdale, WA  98383

Telephone:   541-419-0074
Email:   jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHY JEAN LOCKHART,<br><br>    Plaintiff,<br><br>CAROLYN W. COLVIN,<br>Acting Comm'r of Social Security,<br><br>    Defendant, | Case No. 1:14-cv-00121-BAM<br><br>**STIPULATION AND<br>ORDER FOR EAJA FEES** |

    IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff shall be awarded attorney's fees and expenses under the Equal Access to Justice Act (EAJA), 28 U.S.C. sec. 2412(d), in the amount of SEVEN THOUSAND dollars and ZERO cents ($7,000.00).  This amount represents compensation for all legal services rendered on behalf of plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. sec. 2412(d).

    After the Court issues an order for EAJA fees and expenses to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's attorney.  The government's ability to honor the assignment will depend on whether the fees and expenses are subject to an offset allowed under the United States Department of the Treasury's Offset Program pursuant to Astrue v. Ratcliff, 130 S.Ct. 2521 (2010).  After the order of EAJA fees and expenses is entered, the government will determine if they are subject to an offset.

    If it is determined that Plaintiff's EAJA fees and expenses are not subject to an offset under Astrue v. Ratcliff, 130 S.Ct. 2521 (2010) and The Department of Treasury's Offset

Program, then the check for EAJA fees and expenses shall be made payable to Dellert Baird Law Offices, PLLC, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney.  The parties agree that whether the EAJA check is made payable to Plaintiff or Dellert Baird Law Offices, PLLC, such check shall be mailed to Plaintiff's attorney at the following address: Dellert Baird Law Offices, PLLC, P.O. Box 3757, Silverdale, WA  98383.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Date:  December 18, 2015 | JACQUELINE A. FORSLUND<br>Attorney at Law |
|  | */s/Jacqueline A. Forslund*<br>JACQUELINE A. FORSLUND<br>Attorney for Plaintiff |
| Date:  December 18, 2015 | BENJAMIN WAGNER<br>United States Attorney<br>DEBORAH STACHEL<br>Acting Regional Chief Counsel, Region IX<br>Social Security Administration |
|  | */s/Michael Marriot*<br>MICHAEL MARRIOT<br>Special Assistant United States Attorney<br>*By email authorization<br>Attorney for Defendant |

<u>ORDER</u>

Based upon the parties' Stipulation for the award of attorney fees pursuant to the Equal Access to Justice Act filed on December 19, 2015 ("Stipulation"), IT IS HEREBY ORDERED that fees in the amount of SEVEN THOUSAND dollars ($7,000.00) as authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.
IT IS SO ORDERED.

Dated:  **December 21, 2015**          /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE